IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

STEPHANIE PRICE o/b/o        §
TINA MARIE JOHNSON, Deceased

§           CIVIL ACTION NO. 9:11cv64

v.

§

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that action be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of the medical source statement of Jon Brown, M.D., and Physician's Assistant Kathy Harris contained in the medical evidence of record, Tr. at 1205-16, in determination of Plaintiff's residual functional capacity. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **4** day of **June, 2012.**

_____
Ron Clark, United States District Judge